*Greensun Grp. LLC, Respondent, v. City of Bellevue, Petitioner*, No. 93606-4. Petition for review of a decision of the Court of Appeals, No. 73646-9-I, June 13, 2016, 194 Wn. App. 1029. *Denied* January 4, 2017.

*Friet, Respondent, v. Gaiser et al., Petitioners*, No. 93607-2. Petition for review of a decision of the Court of Appeals, No. 73448-2-I, July 5, 2016, 194 Wn. App. 1048. *Denied* January 4, 2017.

*Guillen et al., Respondents, v. Pearson et al., Petitioners*, No. 93610-2. Petition for review of a decision of the Court of Appeals, No. 48058-1-II, August 16, 2016, 195 Wn. App. 464. *Denied* January 4, 2017.

*Burdick et al., Petitioners, v. Rosenthal Collins Grp., LLC, Respondent*, No. 93614-5. Petition for review of a decision of the Court of Appeals, No. 73459-8-I, May 31, 2016, 194 Wn. App. 1016. *Denied* January 4, 2017.

*State, Respondent, v. Smith, Petitioner*, No. 93615-3. Petition for review of a decision of the Court of Appeals, No. 33099-1-III, August 23, 2016, 195 Wn. App. 1051. *Denied* January 4, 2017.

*Wallin, Petitioner, v. City of Everett, Respondent*, No. 93617-0. Petition for review of a decision of the Court of Appeals, No. 73843-7-I, August 1, 2016, 195 Wn. App. 1028. *Denied* January 4, 2017.

*State, Respondent, v. Nunez, Petitioner*, No. 93618-8. Petition for review of a decision of the Court of Appeals, No. 32374-9-III, August 4, 2016, 195 Wn. App. 1031. *Denied* January 4, 2017.

*State, Respondent, v. Morfin, Petitioner*, No. 93619-6. Petition for review of a decision of the Court of Appeals, No. 33169-5-III, July 7, 2016, 194 Wn. App. 1052. *Denied* January 4, 2017.